UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTER METALS GROUP,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTRANS MARINE SHIPPING, APM TERMINALS ELIZABETH LLC, C.J. INTERNATIONAL, INC., MAVERICK TRANSPORT INC., P&A TRANSPORTATION, LLC, D2 LOGISTICS, INC., CHINA PACIFIC PROPERTY INSURANCE COMPANY, LTD., and TRANSATLANTIC MARINE CLAIMS AGENCY, INC.,<br><br>*Defendants*. | Civil Action No. 20-7424<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 17th day of February 2022,

**ORDERED** that the motions to dismiss the Amended Complaint submitted by Centrans Marine Shipping ("Centrans"), D.E. 61, joined in part by Maverick Transport Inc. ("Maverick"), D.E. 63, and C.J. International, Inc. ("C.J."), D.E. 60, are **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the motions to dismiss as to Counts Five through Twenty-Nine are **GRANTED** and those counts are **DISMISSED with prejudice** as the claims are preempted by federal law; and it is further

**ORDERED** that the motions to dismiss are otherwise **DENIED**; and it is further

**ORDERED** that Centrans' motion to dismiss the crossclaims filed by APM Terminals Elizabeth, LLC, Maverick, and C.J., D.E. 18, renewed at D.E. 73, is **DENIED as moot** as to APM Terminals and is otherwise **GRANTED**; and it is further

**ORDERED** that Maverick's crossclaim against Centrans, D.E. 10, and C.J.'s crossclaim against Centrans, D.E. 12, are **DISMISSED without prejudice**; and it is further

**ORDERED** that Maverick and C.J. shall have thirty (30) days to file amended crossclaims that cure the deficiencies noted in the accompanying Opinion. If Maverick and C.J. do not file amended crossclaims within that time, the crossclaims dismissed herein without prejudice will be dismissed with prejudice.

John Michael Vazquez, U.S.D.J.